UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STEVEN V. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:13-cv-8720-VAP-PJW<br><br>**[PROPOSED] JUDGMENT OF REMAND** |

   The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: _October 15, 2014      _____
                              HON. PATRICK J. WALSH
                              UNITED STATES MAGISTRATE JUDGE

-1-