UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | Case No. CV 13-8720-VAP (PJW)<br><br>ORDER RE: ATTORNEY'S FEES |

　　The Court has read and considered Plaintiff's petition for attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A), Defendant's opposition, and Petitioner's reply.  The only issue presented is whether Plaintiff is entitled to fees for all of the hours billed by counsel.  On this issue, the Court sides with Plaintiff.

　　The Court finds, therefore, that Plaintiff is entitled to attorney's fees under EAJA in the amount of $8,691.92, which Defendant

shall pay directly to Plaintiff's counsel, subject to any applicable offset.

IT IS SO ORDERED.

DATED: April 12, 2016.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\sbourgeoi\AppData\Local\Temp\notesC7A056\_194_CV13-8720VAP(PJW)-JOHNSON-Order EAJA fees.wpd